# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

In re:  Lashonda Rena Hanzy                                                                   Case No. 13-70388-SCS
                                                                                                                        Chapter 13
       **Debtor**

## OBJECTION TO CONFIRMATION OF THE
## FIRST MODIFIED CHAPTER 13 PLAN
## BY THE STANDING TRUSTEE AND
## NOTICE OF OBJECTION TO CONFIRMATION OF THE
## FIRST MODIFIED CHAPTER 13 PLAN
## BY THE STANDING TRUSTEE AND
## NOTICE OF HEARING

*OBJECTION TO CONFIRMATION*:

       Michael P. Cotter, Chapter 13 Standing Trustee, respectfully objects to confirmation by the Court of a Plan submitted by the above debtor, filed, May 15, 2013, on the following grounds, to-wit:

       The Debtor will have to file an Objection to Claim per Paragraph 11 of the Plan before confirmation can occur.  Confirmation should be denied.

WHEREFORE, the Standing Trustee objects to confirmation of the proposed Chapter 13 Plan.

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

*NOTICE OF OBJECTION TO CONFIRMATION:*

Michael P. Cotter, Chapter 13 Standing Trustee, has filed papers with the Court objecting to confirmation of your Chapter 13 Plan dated, May 15, 2013, which was filed in this bankruptcy case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Objection or if you want the Court to consider your views on the Objection, then you or your attorney must:

**Attend** the **HEARING** scheduled to be held on **July 11, 2013 at 10:00 a.m.** The hearing will be held in Courtroom One, Fourth Floor, United States Bankruptcy Court for the Eastern District of Virginia, Norfolk Division, 600 Granby Street, Norfolk, Virginia.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Local Bankruptcy Rule 3015-2(D)(3) provides that as soon as possible after the filing of an objection, counsel are directed to communicate in an effort to settle the objection well in advance of any scheduled hearing on objection to confirmation.

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

*NOTICE OF HEARING ON OBJECTION:*

**NOTICE IS HEREBY GIVEN** that a **HEARING** on the foregoing Objection to Confirmation will be convened on **July 11, 2013 at 10:00 a.m.** The hearing will be held in Courtroom One, Fourth Floor, United States Bankruptcy Court for the Eastern District of Virginia, Norfolk Division, 600 Granby Street, Norfolk, Virginia.

/s/ Michael P. Cotter
Michael P. Cotter
Chapter 13 Standing Trustee

## CERTIFICATION

I hereby certify that a copy of this Objection to Confirmation, and Notice was mailed on June 25, 2013, to attorney for the debtor, Steve C Taylor, Esquire, 133 Mt Pleasant Rd, Chesapeake, VA 23322; and to the debtor, Lashonda Rena Hanzy, 4628 Helensburgh Drive, Chesapeake, VA 23321.

/s/ Michael P. Cotter
Michael P. Cotter
Standing Trustee Chapter 13

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000