UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In Re:  LaShonda Rena Hanzy

Debtor.

Case No: 13-70388
Chapter 13

## NOTICE OF OBJECTION TO CLAIM FILED BY PRIMUS FINANCIAL SERVICES

The Debtors have filed papers with the Court objecting to your claim.

**Your rights may be affected.** You should read these papers carefully and discuss them with your Attorney, if you have one in this case. (If you do not have an Attorney, you may wish to consult one.)

If you do not want the Court to grant the Relief requested, or if you want the Court to consider your views on the Motion then, you or your Attorney must file with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rules 9013-1(H) on or before July 24, 2013. If you mail your response to the Court for filing.

Clerk of Court
United States Bankruptcy Court
600 Granby St., 4th Fl.
Norfolk, VA  23510

You must also mail a copy to:
Steve C. Taylor, Esquire
Law Offices of Steve C. Taylor, P.C.
133 Mount Pleasant Road
Chesapeake, VA  23322

Date: July 3, 2013

_____
Steve C. Taylor, Esq.

### CERTIFICATE OF SERVICE

I hereby certify that on July 3rd, 2013, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 Trustee, the United States Trustee if other than by the electronic means provided for at Local Bankruptcy Rule 7004, and to the creditors and parties in interest indicated below.

_____
Steve C. Taylor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In Re: LaShonda Rena Hanzy

Debtor.

Case No: 13-70388
Chapter 13

### OBJECTION TO PROOF OF CLAIM
### FILED BY PRIMUS FINANCIAL SERVICES

COMES NOW the debtor(s), by counsel, and hereby object(s) to the proof of claim numbered 6-1 filed for the reasons set forth herein:

1. The aforementioned proof of claim is filed as a unsecured claim in the amount of $2,429.97 for a 1994 Nissan Sentra XE.
2. The supporting documentation filed with the aforementioned proof of claim contains information that does not match in this case. Namely, the name of the debtor and the last four digits of the social security number.
3. The debtor states that no basis exists for this claim, the claim represents a debt that debtor does not owe. The filed claim list another persons name as the debtor and contains the last four digits of the social security number that is not associated with the debtor's Chapter 13 Bankruptcy. Therefore, this unsecured claim of $2,429.97 should be disallowed in the debtor's Chapter 13 Plan.

WHEREFORE, your debtor prays that this Court disallow Proof of Claim No. 6-1, for LaShonda Rena Hanzy as filed, and to grant any further relief as may seem just and fitting.

LASHONDA RENA HANZY

By_____
Steve C. Taylor, Esq.
Counsel for Debtor(s)

STEVE C. TAYLOR, P.C.
133 MT. PLEASANT RD.
CHESAPEAKE, VA 23322
(757) 482-5705

## CERTIFICATE OF SERVICE

I hereby certify that on July 3rd, 2013, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 Trustee, the United States Trustee if other than by the electronic means provided for at Local Bankruptcy Rule 7004, and to the creditors and parties in interest indicated below.

Steve C. Taylor

STEVE C. TAYLOR, P.C.
133 MT. PLEASANT RD.
CHESAPEAKE, VA 23322
(757) 482-5705
VSB 31174

Bah- Hum- Bug
1484 Otterbourne Circle
Chesapeake, VA 23320


Bank of America
P.O. Box 982235
El Paso, TX 79998


Bank of America (notice)
Brian T. Moynihan, CEO
100 N. Tryon Street
Charlotte, NC 28255


Capital Management Services
698 1/2 South Ogden St.
Buffalo, NY 14206-2317


Capital Management Svcs, Inc
Jeffrey Hauser, CEO (CERT)
726 Exchange St., Suite 700
Buffalo, NY 14210


Capital One
P.O. Box 30253
Salt Lake City, UT 84130


Capital One
Richard D. Fairbank, CEO
1680 Capital One Drive
Mc Lean, VA 22102


Capital One
Corporation Svc. Co., (RA)
1111 E. Main St., 16th Fl.
Richmond, VA 23219


Capital One Auto Fin. (notice)
Richard D. Fairbank, CEO
1680 Capital One Drive
Mc Lean, VA 22102


Capital One Auto Fin. (notice)
Corporation Svc. Co., (RA)
1111 E. Main St., 16th Fl.
Richmond, VA 23219

Capital One Auto Finance
3905 Dallas Pkwy
Plano, TX 75093


Chesapeake City Attorney
  for City of Chesapeake
306 Cedar Road
Chesapeake, VA 23322


City of Chesapeake
Barbara O. Carraway, Treasurer
PO Box 16495
Chesapeake, VA 23328-6495


City of Virginia Beach
Municipal Center Bldg 1
2424 Courthouse Drive
Virginia Beach, VA 23456


Cox Communications
P.O. Box 9001087
Louisville, KY 40290


Credit Collection Services
Two Wells Ave.
Newton Center, MA 02459


Daniel W. Hargrave, CPA
2610 Potters Rd, Ste 204
Virginia Beach, VA 23452


Dominion VA Power (Notice)
CT Corp System, Reg. Ag.
4701 Cox Rd, Ste. 301
Glen Allen, VA 23060-6802


Dominion Virginia Power
P.O. Box 26543
Richmond, VA 23290


Equidata
P.O. Box 6610
Newport News, VA 23606

Equidata (notice)
Bennett Stein, Reg. Ag.
724 Thimble Shoals Blvd, 100
Newport News, VA 23606


First Marblehead dba TMS
The Prudential Tower
800 Boylston Street
Boston, MA 02199-8157


Frontier Financial Group
631 W. Stephanie Street
Henderson, NV 89014


Geico Indemnity Company
P.O. Box 55126
Boston, MA 02205-5126


Hillcrest, Davidson & Assoc
850 N. Dorothy Dr, Ste 512
Richardson, TX 75081


Horizon Financial Management
8585 S. Broadway, Ste 880
Merrillville, IN 46410-5661


Horizon Financial Management
Richard P. Jacobson, CEO
8585 S. Broadway, Suite 880
Merrillville, IN 46410


Horizon Financial Management
Jeffrey J. Jucksch, RA
1064 Laskin Rd, #13C
Virginia Beach, VA 23451


HRUBS
1440 Air Rail Ave.
Virginia Beach, VA 23455


HRUBS RA
Benjamin Hubbard
709 Greenbrier Parkway
Chesapeake, VA 23320

Kamala D. Harris, CA Atty Gen.
P.O. Box 944255
Sacramento, CA 94244-2550


LeFcoe, Weinstein, Sachs
904 Kempsville Rd.
Virginia Beach, VA 23464


Maryview Medical Center
P.O. Box 590067
Fort Lauderdale, FL 33359-0067


Medexpress
P.O. Box 5508
Virginia Beach, VA 23471-8508


Portfolio Rec. Assoc. (notice)
Judith Sugg Scott, Reg. Ag.
120 Corporate Blvd., Ste. 100
Norfolk, VA 23502


Portfolio Recovery Associates,
P.O. Box 12903
Norfolk, VA 23541


Primus Financial Services
Notice Only
PO Box 6275
Dearborn, MI 48121


Primus Financial Services (RA)
CT Corporation System
4701 Cox Rd, Ste 301
Glen Allen, VA 23060-6802


Santander Consumer
P.O. Box 961245
Fort Worth, TX 76161


Santander Consumer USA Inc.
c/o CT Corp. System, Reg Agent
4701 Cox Rd., Suite 301
Glen Allen, VA 23060-6802

State of CA/Franchise Tax Brd.
POB 1328
Rancho Cordova, CA 95741-1328


Tuition Management Systems
171 Service Ave
Suite 200
Warwick, RI 02886


USAA
9800 Fredricksburg Road
San Antonio, TX 78288


USAA (Notice)
Josue Robles Jr, CEO
9800 Fredricksburg Road
San Antonio, TX 78288


Va. Beach City Attorney
2401 Courthouse Dr, #260
Virginia Beach, VA 23456


Verizon
P.O. Box 920041
Dallas, TX 75392-0041


Verizon (notice)
Lowell McAdam, CEO
140 West St.
New York, NY 10007


Verizon (RA)
CT Corporation System
4701 Cox Rd, Ste 301
Glen Allen, VA 23060-6802


Wells Fargo (notice)
John G. Stumpf, CEO
420 Montgomery Street
San Francisco, CA 94104


Wells Fargo Home Mortgage
1000 Blue Gentian Rd, Ste 300
Saint Paul, MN 55121

```
Woodforest National Bank
Robert E. Marling, CEO
6259 College Dr.
Suffolk, VA 23435


Woodforest National Bank
CT Corporation System, RA
4701 Cox Rd, Ste 301
Glen Allen, VA 23060-6802


Woodforest Ntl Bank
6259 College Drive
Suffolk, VA 23435
```